LUCY R. OUTLAW v. J. W. COOPER, Sheriff of Bertie County.

(Filed 28 September, 1927.)

See *Hunt v. Cooper, ante,* 265.

Appeal by plaintiff from a judgment of *Grady, J.,* dissolving a restraining order and dismissing the action. Affirmed.

*Craig & Pritchett for plaintiff.*
*Gillam & Spruill and Winston, Matthews & Kenney for defendant.*

Adams, J. The controversy in this case is practically identical with that in *Hunt v. Cooper, ante,* 265, and the decision in the latter case is controlling in this.

Affirmed.